1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 | MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 | ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys
4

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
6 | Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HANADI HACHIM, | C 3:23-cv-02106 CRB |
|---|---|
| Plaintiff, | |
| v. | **PARTIES' STIPULATION TO DISMISS; [PROPOSED] ORDER** |
| ALEJANDRO MAYORAKS, Secretary of DHS, *et al.*, | |
| Defendants. | |

The parties, through their undersigned attorneys, hereby stipulate to dismissal of the above-entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  U.S. Citizenship and Immigration Services issued a decision on Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal.

Each of the parties shall bear their own costs and fees.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | | |
|---|---|---|
| 1 | Dated: August 8, 2023 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Dated: August 7, 2023

*/s/ David J. Semaan*
DAVID J. SEMAAN
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 9, 2023

CHARLES R. BREYER
United States Senior District Judge